APRIL 23, 1990

No. 89–804. MINNESOTA *v.* HERSHBERGER ET AL. Sup. Ct. Minn. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Employment Div., Oregon Dept. of Human Resources* v. *Smith,* 494 U. S. 872 (1990). JUSTICE STEVENS and JUSTICE O'CONNOR dissent.

No. — – ——. IN RE MARTIN. Motion to direct the Clerk to file petition for writ of certiorari denied.

No. — – ——. MOORE ET AL. *v.* CARR ET AL. Motion to direct the Clerk to file application for an extension of time and petition for writ of certiorari out of time denied.

No. 65, Orig. TEXAS *v.* NEW MEXICO. Motion of the River Master for approval of fees granted, and the River Master is awarded $1,215.00 for the period January 1 through March 31, 1990, to be paid equally by the parties. [For earlier decision herein, see, *e. g.,* 494 U. S. 111.]

No. D–857. IN RE DISBARMENT OF KAY. Disbarment entered. [For earlier order herein, see 493 U. S. 1066.]

No. D–859. IN RE DISBARMENT OF DAWES. Kenneth J. Dawes, Jr., of Trenton, N. J., having requested to resign as a member of the Bar of this Court, it is ordered that his name be stricken from the roll of attorneys admitted to practice before the Bar of this Court. The rule to show cause, heretofore issued on February 20, 1990 [493 U. S. 1067], is hereby discharged.

No. D–893. IN RE DISBARMENT OF AULVIN. It is ordered that John Lewis Aulvin, of Mount Carmel, Ill., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.